# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the 607 Harvard Street, Apt. 3, Manchester, New Hampshire | )<br>)<br>)   Case No. 1:21-mj-84-01-AJ<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

located in the _____ District of _____New Hampshire_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | PLEASE SEE ATTACHED SHEET FOR CODE SECTIONS AND OFFENSE DESCRIPTIONS |

The application is based on these facts:
Please see attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Ryan S. Burke
*Applicant's signature*

Special Agent Ryan S. Burke, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ *(specify reliable electronic means)*.

Date: 03/26/2021

_____
*Judge's signature*

City and state: Concord, New Hampshire

Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

# CODE SECTIONS AND OFFENSE DESCRIPTIONS
(CONT. FROM PAGE 1 OF WARRANT APPLICATION)

18 U.S.C. § 922(g)(1) [Felon in Possession of Firearm/Ammunition]

18 U.S.C. § 922(g)(3) [Possession of Firearm by Unlawful User of Controlled Substances]

18 U.S.C. § 924(c) [Possession of Firearm During Crime of Violence/Drug Trafficking Crime]

18 U.S.C. § 521 [Criminal Street Gangs]

21 U.S.C. § 841 [Possession with Intent to Distribute/Distribution of Controlled Substances]

21 U.S.C. § 846 [Conspiracy to Distribute Controlled Substances]